UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN
-----------------------------------------------X

IN RE:

    TIKQWAH JOHNSON

              DEBTOR
-----------------------------------------------X

Chapter 7
Case No.12-41251
Certificate of Service
Hearing : 04/24/2018 10:00am

## Certificate of Service

I, GIOVANNA BENITEZ hereby certify that a copy of the Amended Notice of Motion to

Reopen Chapter 7, Proposed Order, Exhibit A and B have been sent U.S Certified mail to the

below listed parties on March 27, 2018 before 6pm.

United States Bankruptcy Court
Of Eastern District of New York
271-C Cadman Plaza East Suite 1595
Brooklyn, NY 11201

Richard E. O'Connell
Yost & O'Connell
Post Office Box 405
150-12 14th Avenue
Whitestone, NY 11357

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7364
Philadelphia, PA 19114

New York City Environ Con
100 Church Street
4th floor
New York, NY 10007

New York city Parking Violation
100 Church Street
4th floor
New York, NY 10007

New York City Water board
Dept of Environ Protection
59-17 Junction Boulevard
8th Floor
Elmhurst, NY 11373

New York State Dept of Ta
WA Harriman Campus
Albany, NY 12227

Chase
Po Box 15298
Wilmington, DE 19850

Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

Sallie Mae
Attn: Recovery Department
Po Box 3224
Wilmington, DE 19804

Sallie Mae
Attn: Raymond Quinlan
220 Lasley Avenue
Wilkes-Barre, PA 18706

Jefferson Capital Systems LLC
Po Box 17210
Golden, CO 80402

Jefferson Capital Systems, LLC
Attn: David M. Burton CEO
16 McLeland Rd.
St Cloud, MN 56303

Louis A. Greenfield
700 17th Street, Ste 1400
Denver, CO 80202

500 Fast Cash
515 G. Street SE
Miami, OK 74354

Barnabas Health
95 Old Short Hills Road
W. Orange, NJ 07052

Bigsky
Po Box 128
Timber Lake, SD 57656

Capital 1 Bank
Attn: Bankruptcy Department
Po Box 30285
Salt Lake City, UT 84130

March 27, 2018
Newark, NJ

GIOVANNA BENITEZ